EXHIBIT B

Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| Claim language | Information Relating to the Channel Master DVR+ (CM-7500TB1) |
|---|---|
| 1. A digital video recorder (DVR) for recording a plurality of television broadcast programs, comprising: | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ is a digital video recorder for recording a plurality of television broadcast programs, including two programs at once.<br><br>Thank you for purchasing your new Channel Master DVR+ high-definition (HD) digital video recorder (DVR) and receiver.<br><br>The DVR+ is the complete entertainment solution—a state-of-the-art HD DVR combining subscription-free, over-the-air (OTA) digital television reception with access to Internet-enabled TV apps such as YouTube, Pandora, VUDU, and Channel Master TV.<br><br>User Guide at 2.<br><br>• If you'd like to keep more recordings than there's space for on internal memory, consider purchasing an external hard drive for additional storage and connecting it to one of the USB ports on the rear panel of your DVR+ receiver (see page 5). When an external hard drive is connected, additional DVR features are made available, such as recording two programs at once and pausing live TV.<br><br>User Guide at 36. |
| a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs together with time information to allow said plurality of stored television broadcast | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ includes a mass data storage unit (a 1-TB internal hard drive). https://www.channelmaster.com/DVR_Plus_1TB_built_in_p/cm-7500tb1.htm.<br><br>The DVR+ concurrently and continuously receives and digitally stores a plurality of television broadcast programs: |

1



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| programs to be synchronized with respect to one another; and | The DVR+(CM7500) has 2 internal tuners. This allows you to record one program using one tuner, and simultaneously watch or record other programs using the second tuner. If recording 2 programs and you try to change to a third channel is not possible without cancelling one of the recordings already running.<br><br>https://support.channelmaster.com/hc/en-us/articles/200137589-Why-wont-the-DVR-CM-7500-allow-me-to-change-channels-while-recording-<br><br>The Channel Master DVR+ receives digital television signals:<br><br>The DVR+ is the complete entertainment solution—a state-of-the-art HD DVR combining subscription-free, over-the-air (OTA) digital television reception with access to Internet-enabled TV apps such as YouTube, Pandora, VUDU, and Channel Master TV.<br><br>User Guide at 2.<br><br>The Channel Master DVR+ also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Channel Master DVR+ displays a program guide containing information regarding the start and end times of programs. |
| --- | --- |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882



User Guide at 26.

This is also evidenced, for example, by the ability of the Channel Master DVR+ to display a progress bar for a program stored or being stored that illustrates (among other things) the user's current point in a program. https://www.amazon.com/review/RUE1PBM9XES5X; http://www.avsforum.com/forum/42-hdtv-recorders/1481183-channel-master-dvr-owners-thread-425.html.

The digital storage of television broadcast programs and time information by the Channel Master DVR+ allows the stored television broadcast programs to be synchronized with respect to one another.

The Channel Master DVR+ allows a user to record two programs simultaneously:

3



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | Enjoy a familiar experience with menus and a program guide very similar to the DVRs used by cable and satellite operators, and dual tuners allow you to record one program while watching another or record two programs at the same time. Internet connectivity provides additional features including an expanded up to 14-day program guide, software updates, access to online streaming services and a free subscription to Channel Master TV (30+ Internet Channels).<br><br>https://www.channelmaster.com/DVR_Plus_1TB_built_in_p/cm-7500tb1.htm.<br><br>Once a user has started recording two different television programs, he can switch between those two programs:<br><br>The DVR+(CM7500) has 2 internal tuners. This allows you to record one program using one tuner, and simultaneously watch or record other programs using the second tuner. If recording 2 programs and you try to change to a third channel is not possible without cancelling one of the recordings already running.<br><br>https://support.channelmaster.com/hc/en-us/articles/200137589-Why-wont-the-DVR-CM-7500-allow-me-to-change-channels-while-recording-.<br><br>The Channel Master DVR+ permits a user to pause, rewind, and fast-forward television programs that are being recorded. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882



User Guide at 14.

The ability to swap between programs being recorded through alternate tuners, combined with the ability to pause a program and to move forward and backward through a program, permits a user to surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.

For example, a user of the Channel Master DVR+ compared its functionality to the TivoHD. He noted that the TivoHD automatically buffered two television programs received on different tuners, allowing him to switch back and forth between the programs with the ability to move back and forth in the buffered



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

|  | content. He noted that he could accomplish the same thing with Channel Master's system by recording both programs: |
|---|---|
|  | I tried pressing LIVE, and noticed something I was interested in. So I paused it, did some stuff and came back, but then because I accidentally changed channels, I lost the ability to catch up. The TivoHD was smarter in that it would switch to the other tuner in this scenario so that you can switch between the two tuners and keep a live buffer for both. I guess this is just a situation where I need a different habit, which is to record something if I'm remotely interested in it.<br><br>http://www.avsforum.com/forum/42-hdtv-recorders/1481183-channel-master-dvr-owners-thread-355.html. |
| a channel viewer, coupled to said mass storage unit, that retrieves a portion of one of said plurality of stored television broadcast programs from said mass data storage unit based on a received command and presents said portion on a video display device. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ system includes a channel viewer coupled to the mass data storage unit that allows a user to retrieve a portion of a television broadcast program based on a received command and presents the portion of the television broadcast program on a video display device.<br><br>A user may select a stored program from the Channel Master DVR+ in various ways. For example, the Channel Master DVR+ provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: |



## Main Menu Items

The following items appear on the DVR+ main menu:

- **GUIDE** – Browse what's on now and what's scheduled to be broadcast in the future. Highlighting and selecting a program or event from the guide displays a pop-up options sub-menu.

- **DVR** – Manage and play back your recordings.

- **SETTINGS** – Set your user preferences and configure a variety of options available on your DVR+.

- **SEARCH** – Find a program to watch or record.



User Guide at 26.



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ### GUIDE <br><br> Selecting *GUIDE* from the main menu or pressing the **GUIDE** button on the remote control displays the program guide of the DVR+. From the guide, you can: <br><br> • Change channels to watch (or watch and record) a program on now. <br><br> • Set the DVR+ to record a program on now or one scheduled in the future. <br><br> • Set a reminder for the time of a program that you don't want to miss. <br><br> User Guide at 27. <br><br> A user may also select a stored program from the list of previously recorded programs. <br><br> ### DVR <br><br> A digital video recorder allows you to record your favorite shows, series, and events without using a VCR or videotapes. Selecting **DVR** from the main menu accesses the following screens and sub-menus: <br><br> • **Recordings** – Displays the DVR Recordings screen, which lists all existing recorded programs and events. The DVR Recordings screen can also be accessed directly from the remote control by pressing the **DVR** button. <br><br> User Guide at 27. |
| 5. The DVR as recited in claim 1 wherein said channel viewer comprises a channel guide database containing pointers to locations in said mass data storage unit. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+'s program guide comprises a channel guide database that contains pointers to locations in the mass data storage unit. For example, the Channel Master DVR+ Program Guide allows a user to select programs that are being recorded to the hard drive. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882



User Guide at 26.

## GUIDE

Selecting *GUIDE* from the main menu or pressing the **GUIDE** button on the remote control displays the program guide of the DVR+. From the guide, you can:

- Change channels to watch (or watch and record) a program on now.
- Set the DVR+ to record a program on now or one scheduled in the future.
- Set a reminder for the time of a program that you don't want to miss.

User Guide at 27.

The Channel Master DVR+ also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Playing a Recorded Program<br>**1**  Using the remote control, press **DVR**.<br><br>**2**  On the DVR Recordings screen, use the arrow buttons on the remote to highlight the program you want to record. Then press **OK/SELECT**.<br><br>User Guide at 16. |
| 6. The DVR as recited in claim 1 wherein said channel viewer displays a channel guide on said video display device, said channel guide providing information regarding a content of said plurality of channels. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+'s channel viewer displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are currently being recorded on the DVR.<br><br><br><br>User Guide at 26. |

10



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | A user may obtain additional information about the content of the plurality of channels by pressing the INFO button within the Program Guide:<br><br>**Getting Program Information**<br><br>When you change channels on your DVR+, a banner displays across the bottom of the screen for a few seconds showing details about the current channel and programming. With this banner displayed, you can press the arrow buttons (Up, Down, Left, and Right) on the remote control to browse current or future program information for the next-highest or lowest channel, or display the current and future programs scheduled on the current channel.<br><br>When watching live TV, pressing **INFO** on the remote displays an info banner at the bottom of the screen. Pressing **INFO** again closes the banner. When you highlight any program in the program guide and press **INFO**, a pop-up with more detailed information displays about the highlighted program for five seconds. Pressing **INFO** again before five seconds closes the pop-up.<br><br>User Guide at 21. |
| 7. The DVR as recited in claim 6 wherein said channel guide contains links to locations in said mass data storage unit. | Channel Master DVR+ (CM-7500TB1): As illustrated in the image below, the Channel Master DVR+'s channel viewer comprises a channel guide, including channels that are currently being recorded, that contains links to locations in the mass data storage unit.<br><br> |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | User Guide at 26.<br><br>A user may select a program that is currently being recorded from the program guide.<br><br>**GUIDE**<br>Selecting *GUIDE* from the main menu or pressing the **GUIDE** button on the remote control displays the program guide of the DVR+. From the guide, you can:<br>• Change channels to watch (or watch and record) a program on now.<br>• Set the DVR+ to record a program on now or one scheduled in the future.<br>• Set a reminder for the time of a program that you don't want to miss.<br><br>User Guide at 27; https://www.amazon.com/ask/questions/TxONGGYPYIRUZY/ref=ask_ql_ql_al_hza.<br><br>The Channel Master DVR+ also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:<br><br>## Playing a Recorded Program<br>**1** Using the remote control, press **DVR**.<br><br>**2** On the DVR Recordings screen, use the arrow buttons on the remote to highlight the program you want to record. Then press **OK/SELECT**.<br><br>User Guide at 16. |
| 8. The DVR as recited in claim 1 further comprising a pointing device, cooperable with said | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ works with pointing devices (e.g., a remote control) cooperable with the channel viewer to allow the user to issue commands, including |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| channel viewer, that allows a user to issue said command. | commands to display a particular program or channel within the Program Guide or to display more information regarding a particular program: <br><br>User Guide at 6. |
|---|---|



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| 9. The DVR as recited in claim 1 wherein said channel viewer presents said portion nonlinearly. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+'s channel viewer can present a portion of a television program nonlinearly. For example, the Channel Master DVR+'s video player controls allow the user to skip forward or backward by a particular time set by the user (e.g., 10, 30, 45, or 60 seconds).<br><br><br><br>User Guide at 27. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| 12. The DVR as recited in claim 1 further comprising an archive storage unit, coupled to said channel viewer, that stores said portion. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ includes an archive storage unit, coupled to the channel viewer, that stores programs selected by the user. https://www.channelmaster.com/DVR_Plus_1TB_built_in_p/cm-7500tb1.htm.

The user may also lock recordings to prevent them from being deleted without entry of a PIN.

**Locking A Recording on the (CM7500)**

1 Using the CM-7500/DVR+ remote control, press **DVR**.

2 On the DVR Recordings screen, use the arrow buttons on the remote to highlight the program that you want to lock.

Then press **OK/SELECT**.

3 On the Recording Options pop-up, select Options.

4 On the Recorded Program Options screen, select Lock, press the right arrow on the remote, and select the Lock option to lock the recording. A locked recording cannot be deleted until it's unlocked with a PIN (numeric password).

https://support.channelmaster.com/hc/en-us/articles/217443767-Locking-A-Recording-on-the-DVR-CM7500- |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| 13. The DVR as recited in claim 1 further comprising a channel selector, coupled to said mass data storage unit, that allows a user to identify said plurality of channels. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ includes a channel selector, coupled to the mass data storage unit, that allows a user to identify a plurality of channels/television broadcast programs.<br><br><br><br>User Guide at 26.<br><br>**GUIDE**<br>Selecting *GUIDE* from the main menu or pressing the **GUIDE** button on the remote control displays the program guide of the DVR+. From the guide, you can:<br>• Change channels to watch (or watch and record) a program on now.<br>• Set the DVR+ to record a program on now or one scheduled in the future.<br>• Set a reminder for the time of a program that you don't want to miss.<br><br>User Guide at 27. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

|  | The Channel Master DVR+ also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:<br><br>## Playing a Recorded Program<br><br>**1** Using the remote control, press **DVR**.<br><br>**2** On the DVR Recordings screen, use the arrow buttons on the remote to highlight the program you want to record. Then press **OK/SELECT**.<br><br>User Guide at 16. |
|---|---|
| 16. The DVR as recited in claim 1 wherein said plurality of channels are formatted in a selected one of: NTSC analog TV, PAL/SECAM analog TV, digital TV, analog HDTV, and digital HDTV. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ receives a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV:<br><br>Thank you for purchasing your new Channel Master DVR+ high-definition (HD) digital video recorder (DVR) and receiver.<br><br>The DVR+ is the complete entertainment solution—a state-of-the-art HD DVR combining subscription-free, over-the-air (OTA) digital television reception with access to Internet-enabled TV apps such as YouTube, Pandora, VUDU, and Channel Master TV.<br><br>User Guide at 2. |
| 17. The DVR as recited in claim 1 wherein said DVR selectively moves by one commercial time unit | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ allows a user to submit a command prompting the Channel Master DVR+ to move forward in a program by one commercial time unit (e.g., 30 seconds). |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| within said one of said plurality of channels in response to a second received command. | <br><br>User Guide at 27. |
| 18. The DVR as recited in claim 17 wherein said received command is employable to achieve catch-up viewing. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ allows a user to submit a command prompting the Channel Master DVR+ to move forward in a program by one commercial time unit (e.g., 30 seconds) to achieve catch-up viewing. Users of the Channel Master DVR+ describe using the Channel Master DVR+ in this manner.<br>https://www.amazon.com/ask/questions/TxONGGYPYIRUZY/ref=ask_ql_ql_al_hza. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882



| | |
|---|---|
| | User Guide at 27. |
| 19. A method of operating a digital video recorder, comprising the steps of: | Channel Master DVR+ (CM-7500TB1): Using the Channel Master DVR+ involves a method of operating a digital video recorder: |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | Thank you for purchasing your new Channel Master DVR+ high-definition (HD) digital video recorder (DVR) and receiver.<br><br>The DVR+ is the complete entertainment solution—a state-of-the-art HD DVR combining subscription-free, over-the-air (OTA) digital television reception with access to Internet-enabled TV apps such as YouTube, Pandora, VUDU, and Channel Master TV.<br><br>User Guide at 2. |
| receiving a plurality of television broadcasts, each television broadcast including a video signal; and | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ receives a plurality of television broadcasts, each of which includes a video signal:<br><br>Thank you for purchasing your new Channel Master DVR+ high-definition (HD) digital video recorder (DVR) and receiver.<br><br>The DVR+ is the complete entertainment solution—a state-of-the-art HD DVR combining subscription-free, over-the-air (OTA) digital television reception with access to Internet-enabled TV apps such as YouTube, Pandora, VUDU, and Channel Master TV.<br><br>User Guide at 2. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | • If you'd like to keep more recordings than there's space for on internal memory, consider purchasing an external hard drive for additional storage and connecting it to one of the USB ports on the rear panel of your DVR+ receiver (see page 5). When an external hard drive is connected, additional DVR features are made available, such as recording two programs at once and pausing live TV.<br><br>User Guide at 36. |
| concurrently and continuously digitally storing said plurality of television broadcasts on a mass data storage unit and storing said plurality of television broadcasts together with time information to allow said plurality of stored television broadcasts to be synchronized with respect to one another upon replay of said stored television broadcasts. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ (CM-7500TB1) includes a mass data storage unit (a 1 TB hard drive). https://www.channelmaster.com/DVR_Plus_1TB_built_in_p/cm-7500tb1.htm<br><br>The Channel Master DVR+ concurrently and continuously receives and digitally stores a plurality of television broadcast programs:<br><br>The DVR+(CM7500) has 2 internal tuners. This allows you to record one program using one tuner, and simultaneously watch or record other programs using the second tuner. If recording 2 programs and you try to change to a third channel is not possible without cancelling one of the recordings already running.<br><br>https://support.channelmaster.com/hc/en-us/articles/200137589-Why-wont-the-DVR-CM-7500-allow-me-to-change-channels-while-recording-<br><br>The Channel Master DVR+ receives digital television signals: |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

The DVR+ is the complete entertainment solution—a state-of-the-art HD DVR combining subscription-free, over-the-air (OTA) digital television reception with access to Internet-enabled TV apps such as YouTube, Pandora, VUDU, and Channel Master TV.

User Guide at 2.

The Channel Master DVR+ also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Channel Master DVR+ displays a program guide containing information regarding the start and end times of programs.



User Guide at 26.

This is also evidenced, for example, by the ability of the Channel Master DVR+ to display a progress bar for a program stored or being stored that illustrates (among other things) the user's current point in a



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

program. https://www.amazon.com/review/RUE1PBM9XES5X; http://www.avsforum.com/forum/42-hdtv-recorders/1481183-channel-master-dvr-owners-thread-425.html.

The digital storage of television broadcast programs and time information by the Channel Master DVR+ allows the stored television broadcast programs to be synchronized with respect to one another.

The Channel Master DVR+ allows a user to record two programs simultaneously:

Enjoy a familiar experience with menus and a program guide very similar to the DVRs used by cable and satellite operators, and dual tuners allow you to record one program while watching another or record two programs at the same time. Internet connectivity provides additional features including an expanded up to 14-day program guide, software updates, access to online streaming services and a free subscription to Channel Master TV (30+ Internet Channels).

https://www.channelmaster.com/DVR_Plus_1TB_built_in_p/cm-7500tb1.htm.

Once a user has started recording two different television programs, he can switch between those two programs:

The DVR+(CM7500) has 2 internal tuners. This allows you to record one program using one tuner, and simultaneously watch or record other programs using the second tuner. If recording 2 programs and you try to change to a third channel is not possible without cancelling one of the recordings already running.

https://support.channelmaster.com/hc/en-us/articles/200137589-Why-wont-the-DVR-CM-7500-allow-me-to-change-channels-while-recording-.



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

The Channel Master DVR+ permits a user to pause, rewind, and fast-forward television programs that are being recorded.

View program/channel information

Increase/decrease sound volume
(see *Programming the Remote Control* on page 10)

Mute/unmute
(see *Programming the Remote Control* on page 10)

Skip backward

Rewind a program/recording

Stop a program/recording

Change channel

Skip forward

Fast forward

Play a program/recording

Record current program or selected program or series

Pause a program/recording

User Guide at 14.

The ability to swap between programs being recorded through alternate tuners, combined with the ability to pause a program and to move forward and backward through a program, permits a user to surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | For example, a user of the Channel Master DVR+ compared its functionality to the TivoHD. He noted that the TivoHD automatically buffered two television programs received on different tuners, allowing him to switch back and forth between the programs with the ability to move back and forth in the buffered content. He noted that he could accomplish the same thing with Channel Master's system by recording both programs:<br><br>    I tried pressing LIVE, and noticed something I was interested in. So I paused it, did some stuff and came back, but then because I accidentally changed channels, I lost the ability to catch up. The TivoHD was smarter in that it would switch to the other tuner in this scenario so that you can switch between the two tuners and keep a live buffer for both. I guess this is just a situation where I need a different habit, which is to record something if I'm remotely interested in it.<br><br>http://www.avsforum.com/forum/42-hdtv-recorders/1481183-channel-master-dvr-owners-thread-355.html. |
|---|---|
| 20. The method as recited in claim 19 further comprising creating pointers to locations in said mass data storage unit in a channel guide database. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ creates pointers to locations in the mass data storage unit in a channel guide database. For example, the Channel Master DVR+ Program Guide allows a user to select programs that are being recorded to the hard drive. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882



User Guide at 26.

## GUIDE

Selecting *GUIDE* from the main menu or pressing the **GUIDE** button on the remote control displays the program guide of the DVR+. From the guide, you can:

- Change channels to watch (or watch and record) a program on now.
- Set the DVR+ to record a program on now or one scheduled in the future.
- Set a reminder for the time of a program that you don't want to miss.

User Guide at 27.

The Channel Master DVR+ also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Playing a Recorded Program**<br><br>**1**   Using the remote control, press **DVR**.<br><br>**2**   On the DVR Recordings screen, use the arrow buttons on the remote to highlight the program you want to record. Then press **OK/SELECT**.<br><br>User Guide at 16. |
| 21. The method as recited in claim 19 further comprising the step of displaying a channel guide on a video display device, said channel guide providing information regarding a content of at least one of said plurality of channels. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ displays a channel guide on a video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR.<br><br>Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+'s channel viewer displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are currently being recorded on the DVR. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882



User Guide at 26.

A user may obtain additional information about the content of the plurality of channels by pressing the INFO button within the Program Guide:

### Getting Program Information

When you change channels on your DVR+, a banner displays across the bottom of the screen for a few seconds showing details about the current channel and programming. With this banner displayed, you can press the arrow buttons (Up, Down, Left, and Right) on the remote control to browse current or future program information for the next-highest or lowest channel, or display the current and future programs scheduled on the current channel.

When watching live TV, pressing **INFO** on the remote displays an info banner at the bottom of the screen. Pressing **INFO** again closes the banner. When you highlight any program in the program guide and press **INFO**, a pop-up with more detailed information displays about the highlighted program for five seconds. Pressing **INFO** again before five seconds closes the pop-up.

User Guide at 21.



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| 22. The method as recited in claim 21 wherein said channel guide contains links to locations in said mass data storage unit. | Channel Master DVR+ (CM-7500TB1): As illustrated in the image below, the Channel Master DVR+'s channel guide contains links to locations in the mass data storage unit.<br><br><br><br>User Guide at 26.<br><br>A user may select a program that is currently being recorded from the program guide.<br><br>**GUIDE**<br><br>Selecting *GUIDE* from the main menu or pressing the **GUIDE** button on the remote control displays the program guide of the DVR+. From the guide, you can:<br><br>• Change channels to watch (or watch and record) a program on now.<br><br>• Set the DVR+ to record a program on now or one scheduled in the future.<br><br>• Set a reminder for the time of a program that you don't want to miss.<br><br>User Guide at 27; https://www.amazon.com/ask/questions/TxONGGYPYIRUZY/ref=ask_ql_ql_al_hza. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The Channel Master DVR+ also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:<br><br>### Playing a Recorded Program<br>**1** Using the remote control, press **DVR**.<br><br>**2** On the DVR Recordings screen, use the arrow buttons on the remote to highlight the program you want to record. Then press **OK/SELECT**.<br><br>User Guide at 16. |
| 23. The method as recited in claim 19 further comprising the step of receiving a command to replay one of said stored television broadcasts. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ receives a command to replay a stored television broadcast.<br><br>The Channel Master DVR+ may receive a command to replay a stored program in various ways. For example, the Channel Master DVR+ provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882



User Guide at 26.

A user may select a program that is currently being recorded from the program guide.

### GUIDE

Selecting *GUIDE* from the main menu or pressing the **GUIDE** button on the remote control displays the program guide of the DVR+. From the guide, you can:

- Change channels to watch (or watch and record) a program on now.
- Set the DVR+ to record a program on now or one scheduled in the future.
- Set a reminder for the time of a program that you don't want to miss.

User Guide at 27; https://www.amazon.com/ask/questions/TxONGGYPYIRUZY/ref=ask_ql_ql_al_hza.

The Channel Master DVR+ also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Playing a Recorded Program<br><br>**1**  Using the remote control, press **DVR**.<br><br>**2**  On the DVR Recordings screen, use the arrow buttons on the remote to highlight the program you want to record. Then press **OK/SELECT**.<br><br>User Guide at 16. |
| 24. The method as recited in claim 23 wherein said one of said stored television broadcasts is displayed nonlinearly. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+'s channel viewer can present a stored television program nonlinearly. For example, the Channel Master DVR+'s video player controls allow the user to skip forward by 30 seconds.<br><br> |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Playback Setup**<br>Set the default Skip Forward and Skip Back times (10–60 seconds)<br><br>User Guide at 27. |
| 27. The method as recited in claim 19 further comprising the step of storing one of said television broadcasts in an archive storage unit. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ stores television broadcasts in an archive storage unit. https://www.channelmaster.com/DVR_Plus_1TB_built_in_p/cm-7500tb1.htm.<br><br>The user may also lock recordings to prevent them from being deleted without entry of a PIN. |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Locking A Recording on the (CM7500)<br><br>1 Using the CM-7500/DVR+ remote control, press **DVR**.<br><br>2 On the DVR Recordings screen, use the arrow buttons on the remote to highlight the program that you want to lock.<br><br>Then press **OK/SELECT**.<br><br>3 On the Recording Options pop-up, select Options.<br><br>4 On the Recorded Program Options screen, select Lock, press the right arrow on the remote, and select the Lock option to lock the recording. A locked recording cannot be deleted until it's unlocked with a PIN (numeric password).<br><br>https://support.channelmaster.com/hc/en-us/articles/217443767-Locking-A-Recording-on-the-DVR-CM7500- . |
| 28. The method as recited in claim 19 further comprising the step of allowing a user to identify said plurality of television broadcasts in a channel selector. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ allows a user to identify a plurality of television broadcasts (e.g., to display, record, or replay) in a channel selector.<br><br>A user may select a identify program in various ways. For example, the Channel Master DVR+ provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882



User Guide at 26.

### GUIDE

Selecting *GUIDE* from the main menu or pressing the **GUIDE** button on the remote control displays the program guide of the DVR+. From the guide, you can:

- Change channels to watch (or watch and record) a program on now.

- Set the DVR+ to record a program on now or one scheduled in the future.

- Set a reminder for the time of a program that you don't want to miss.

User Guide at 27.

The Channel Master DVR+ also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Playing a Recorded Program**<br>**1** Using the remote control, press **DVR**.<br><br>**2** On the DVR Recordings screen, use the arrow buttons on the remote to highlight the program you want to record. Then press **OK/SELECT**.<br><br>User Guide at 16. |
| 31. The method as recited in claim 19 further comprising the step of decoding said plurality of television broadcasts from a selected one of:<br>NTSC analog TV,<br>PAL/SECAM analog TV,<br>digital TV,<br>analog HDTV, and<br>digital HDTV. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ decodes a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV:<br><br>Thank you for purchasing your new Channel Master DVR+ high-definition (HD) digital video recorder (DVR) and receiver.<br><br>The DVR+ is the complete entertainment solution—a state-of-the-art HD DVR combining subscription-free, over-the-air (OTA) digital television reception with access to Internet-enabled TV apps such as YouTube, Pandora, VUDU, and Channel Master TV.<br>User Guide at 2. |
| 32. The method as recited in claim 19 further comprising the step of selectively moving by one commercial time unit within said one of said plurality of television broadcasts in response to a received command. | Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ can receive a user command prompting the Channel Master DVR+ to selectively move forward in a program by one commercial time unit (e.g., 30 seconds). |



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882

<table>
<tr><td></td><td>



User Guide at 27.
</td></tr>
<tr><td>33. The method as recited in claim 32 wherein said step of selectively moving comprises the step of engaging in catch-up viewing.</td><td>

Channel Master DVR+ (CM-7500TB1): The Channel Master DVR+ can receive a user command prompting the Channel Master DVR+ to selectively move forward in a program by one commercial time unit (e.g., 30 seconds) to achieve catch-up viewing.

Users of the Channel Master DVR+ describe using the Channel Master DVR+ in this manner. https://www.amazon.com/ask/questions/TxONGGYPYIRUZY/ref=ask_ql_ql_al_hza.
</td></tr>
</table>



Preliminary Comparison of Channel Master DVR+ (CM-7500TB1) with U.S. Patent No. 6,788,882



**Playback Setup**
Set the default Skip
Forward and Skip Back
times (10–60 seconds)

User Guide at 27.

