EXHIBIT C

Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| Claim language | Information Relating to the Channel Master TV (CM-7400) |
|---|---|
| 1. A digital video recorder (DVR) for recording a plurality of television broadcast programs, comprising: | Channel Master TV (CM-7400): The Channel Master TV is a digital video recorder for recording a plurality of television broadcast programs.<br><br>## Welcome to Channel Master TV<br><br>**Thank you for purchasing the most advanced subscription-free HDTV solution.**<br><br>### The Benefits you get from Channel Master TV:<br><br>● **Free Live HDTV**<br><br>  ◻ Watch HDTV using an indoor or outdoor antenna for over-the-air HD broadcasts.<br><br>● **Subscription Free HD-DVR**<br><br>  ◻ No more monthly fees.<br><br>  ◻ Pause, Rewind and Record Live TV with built-in dual tuners.<br><br>  ◻ Record two programs simultaneously while watching another pre-recorded show.<br><br>User Guide at 2. |
| a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs together with time information to allow said plurality of stored television broadcast | Channel Master TV (CM-7400): The Channel Master TV includes a mass data storage unit (a 320 GB hard drive) that concurrently and continuously receives and digitally stores a plurality of television broadcast programs. https://www.channelmaster.com/HD_DVR_with_no_subscription_p/cm7400.htm. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| programs to be synchronized with respect to one another; and | |
|---|---|
| | ## Welcome to Channel Master TV<br><br>**Thank you for purchasing the most advanced subscription-free HDTV solution.**<br><br>### The Benefits you get from Channel Master TV:<br>● **Free Live HDTV**<br>▫ Watch HDTV using an indoor or outdoor antenna for over-the-air HD broadcasts.<br><br>● **Subscription Free HD-DVR**<br>▫ No more monthly fees.<br>▫ Pause, Rewind and Record Live TV with built-in dual tuners.<br>▫ Record two programs simultaneously while watching another pre-recorded show.<br><br>The Channel Master TV receives digital television signals:<br><br>### Step 4 of 5:  Selecting your TV Source and Program Guide<br>Channel Master TV has built-in TV tuners that support antenna (ATSC) and Digital Cable TV (Clear QAM) connections.<br><br>User Guide at 11.<br><br>The Channel Master TV also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Channel Master TV displays a program guide containing information regarding the start and end times of programs. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



User Guide at 32.

This is also evidenced, for example, by the ability of the Channel Master TV to display a progress bar for a program stored or being stored that illustrates (among other things) the user's current point in a program:

- **Progress Bar:** How far into the movie are you? How much is left to go? The progress bar shows you everything you need to know.

User Guide at 48.

The digital storage of television broadcast programs and time information by the Channel Master TV allows the stored television broadcast programs to be synchronized with respect to one another.

The Channel Master TV allows a user to record two programs simultaneously:



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Schedule two recordings simultaneously<br><br>The Channel Master TV device comes with dual TV tuners which provides a variety of options for you to watch and record your favorite programs.  You can schedule two recordings simultaneously while watching another pre-recorded show, all at the same time.<br><br>**To schedule two recordings, you need to press GUIDE to bring up the Program Guide:**<br><br>• While viewing the current channel, before switching away, set it to record by one of the previously mentioned methods. (The **REC** button requiring no further confirmation, or with the **OPTIONS** button requiring you to confirm recording options).<br><br>• Press the **GUIDE** button and navigate to the second channel you wish to record.<br><br>• Once again, press the **REC** or **OPTIONS** button on the remote to begin recording the second program. You can choose to view either program while recording.<br><br>User Guide at 33.<br><br>Once a user has started recording two different television programs, he can switch between those two programs:<br><br>Your two tuners only allow you to have two different Live TV programs to view and record. If you try to switch channels, you will be given a dialog box informing you to stop one of the recordings with the option of which recording to stop.<br><br>User Guide at 33.<br><br>The Channel Master TV permits a user to pause, rewind, and fast-forward television programs that are being recorded. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **③ TRANSPORT KEYS (ACTIONS)** — Controls viewing options for LIVE TV / DVR / VUDU:<br>**REPLAY:** Go back approx. 7 seconds.<br>**REW:** Rewinds video.<br>**FF:** Fast forwards video quickly.<br>**SKIP:** Skips ahead in 30 second increments.<br>**REC:** Starts recording program.<br>**PAUSE:** Pauses video.<br>**PLAY:** Plays video or resumes a paused program.<br>**STOP:** Stops playback of video. |

User Guide at 5.

## Controlling Live TV

**Enjoy Live TV with the following buttons:**

- Press **PAUSE** to alternate between pausing and resuming the program you are watching.
- Press **REW** up to five times (for five different speeds) to rewind the program.
- Press **FF** up to five times (for five different speeds) to fast-forward the program up to the point of Live TV.
- Press **PLAY** to stop fast-forwarding or rewinding or to resume from a pause.

User Guide at 25.

The ability to swap between programs being recorded through alternate tuners, combined with the ability to pause a program and to move forward and backward through a program, permits a user to surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.

For example, a user of the Channel Master DVR+ (the successor to the CM-7400) compared its functionality to the TivoHD. He noted that the TivoHD automatically buffered two television programs received on different tuners, allowing him to switch back and forth between the programs with the



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | ability to move back and forth in the buffered content. He noted that he could accomplish the same thing with Channel Master's system by recording both programs: |
|---|---|
| | I tried pressing LIVE, and noticed something I was interested in. So I paused it, did some stuff and came back, but then because I accidentally changed channels, I lost the ability to catch up. The TivoHD was smarter in that it would switch to the other tuner in this scenario so that you can switch between the two tuners and keep a live buffer for both. I guess this is just a situation where I need a different habit, which is to record something if I'm remotely interested in it.

http://www.avsforum.com/forum/42-hdtv-recorders/1481183-channel-master-dvr-owners-thread-355.html. |
| a channel viewer, coupled to said mass storage unit, that retrieves a portion of one of said plurality of stored television broadcast programs from said mass data storage unit based on a received command and presents said portion on a video display device. | Channel Master TV (CM-7400): The Channel Master TV system includes a channel viewer coupled to the mass data storage unit that allows a user to retrieve a portion of a television broadcast program based on a received command and presents the portion of the television broadcast program on a video display device.

A user may select a stored program from the Channel Master TV in various ways. For example, the Channel Master TV provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

# Channel Master TV Program Guide

Channel Master TV Program Guide provides a guide listing for your TV programs. It can be activated by pressing the **GUIDE** button on the remote control, allowing you to watch what programs are currently playing now, what programs will air in the future and provide program information for the highlighted programs. The guide data varies depending on which Program Guide option you selected. If you selected the Basic Program Guide, then you may see guide listing for a few hours to a few days at a time. If you subscribe to the Premium Program Guide, then you will see guide listing up to 14 days in advance.

NOTE: The Premium Program Guide is an optional Advanced Service feature which needs to be activated by visiting www.channelmastertv.com and going to Advanced Services.



User Guide at 23.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

### Navigate Channel Master TV Program Guide

- To view the Program Guide, press the **GUIDE** button on your remote control, or from the Main Menu, select "**SEARCH**" then "**Program Guide**".

- Use the **ARROW KEYS** to scroll through channels and program options.
  - ◘ Use the **CH/PG** button to page up and down through the Program Guide.

- Press **OK** to select a program or to select highlighted program, recording, and playback options.

- Use the **OPTIONS** button to open the program, recording, or playback option menus depending on whether the program is current, at a future time, or already recorded.

User Guide at 23.

The Program Guide allows users to select for display programs that are currently being recorded:

7. A red "R"  should appear above the episode to be recorded. Press **GUIDE** again or the **EXIT** button to exit the Program Guide.



KR
Kent & Risley LLC

Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | User Guide at 32.<br><br>A user may also select a stored program from the list of previously recorded programs.<br><br>**Watch a Recorded Program**<br>**To watch a recorded program:**<br>● Press the **DVR** button on the remote control, or in the Main Menu, select **DVR**.<br>● Select "**DVR Recordings**". Press **OK** to view the list of recorded programs.<br>● Use the **ARROW KEYS** to select a program and press **OK**. A list of program options will display.<br>● Select "**Play**" and press **OK**.<br>● Use the **TRANSPORT KEYS** (See "**Using the Remote Control**" section on (page 4) on your Channel Master TV remote to control the program.<br>**NOTE:** Channel Master TV gives you the ability to play a program currently being recorded. Your only limitation is you cannot skip or fast-forward past the point that is being broadcast, as it has not yet been recorded.<br><br>User Guide at 34. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

<table>
<tr>
<td></td>
<td><br><br>User Guide at 30.</td>
</tr>
<tr>
<td>5. The DVR as recited in claim 1 wherein said channel viewer comprises a channel guide database containing pointers to locations in said mass data storage unit.</td>
<td>Channel Master TV (CM-7400): The Channel Master TV's program guide comprises a channel guide database that contains pointers to locations in the mass data storage unit. For example, the Channel Master TV Program Guide allows a user to select programs that are being recorded to the hard drive.</td>
</tr>
</table>



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



# Channel Master TV Program Guide

Channel Master TV Program Guide provides a guide listing for your TV programs. It can be activated by pressing the **GUIDE** button on the remote control, allowing you to watch what programs are currently playing now, what programs will air in the future and provide program information for the highlighted programs.  The guide data varies depending on which Program Guide option you selected.  If you selected the Basic Program Guide, then you may see guide listing for a few hours to a few days at a time. If you subscribe to the Premium Program Guide, then you will see guide listing up to 14 days in advance.

NOTE: The Premium Program Guide is an optional Advanced Service feature which needs to be activated by visiting www.channelmastertv.com and going to Advanced Services.

User Guide at 23.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

## Navigate Channel Master TV Program Guide

- To view the Program Guide, press the **GUIDE** button on your remote control, or from the Main Menu, select "**SEARCH**" then "**Program Guide**".

- Use the **ARROW KEYS** to scroll through channels and program options.

  - Use the **CH/PG** button to page up and down through the Program Guide.

- Press **OK** to select a program or to select highlighted program, recording, and playback options.

- Use the **OPTIONS** button to open the program, recording, or playback option menus depending on whether the program is current, at a future time, or already recorded.

User Guide at 23.

7. A red "R"  should appear above the episode to be recorded. Press **GUIDE** again or the **EXIT** button to exit the Program Guide.



User Guide at 32.

KR
Kent & Risley LLC

Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The Channel Master TV also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:<br><br>## Watch a Recorded Program<br>**To watch a recorded program:**<br>- Press the **DVR** button on the remote control, or in the Main Menu, select **DVR**.<br>- Select "**DVR Recordings**". Press **OK** to view the list of recorded programs.<br>- Use the **ARROW KEYS** to select a program and press **OK**. A list of program options will display.<br>- Select "**Play**" and press **OK**.<br>- Use the **TRANSPORT KEYS** (See "**Using the Remote Control**" section on (page 4) on your Channel Master TV remote to control the program.<br><br>**NOTE:** Channel Master TV gives you the ability to play a program currently being recorded. Your only limitation is you cannot skip or fast-forward past the point that is being broadcast, as it has not yet been recorded.<br><br>User Guide at 34. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

<table>
<tr>
<td></td>
<td><br><br>User Guide at 30.</td>
</tr>
<tr>
<td>6. The DVR as recited in claim 1 wherein said channel viewer displays a channel guide on said video display device, said channel guide providing information regarding a content of said plurality of channels.</td>
<td>Channel Master TV (CM-7400): The Channel Master TV's channel viewer displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR.</td>
</tr>
</table>



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



User Guide at 23.

A user may obtain additional information about the content of the plurality of channels by pressing the INFO button within the Program Guide:



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## View Program information<br><br>• Press **INFO** during a live TV broadcast to bring up the program information on the top of the screen. The title of the program, program duration, description of the program, channel number and any TV ratings for what you are watching is displayed. Pressing **INFO** within the Program Guide provides program details of the program you are watching. Information may vary depending on the Program Guide you have selected.<br><br>User Guide at 26. |
| 7. The DVR as recited in claim 6 wherein said channel guide contains links to locations in said mass data storage unit. | Channel Master TV (CM-7400): As illustrated in the image below, the Channel Master TV's channel viewer comprises a channel guide that contains links to locations in the mass data storage unit. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

# Channel Master TV Program Guide

Channel Master TV Program Guide provides a guide listing for your TV programs. It can be activated by pressing the **GUIDE** button on the remote control, allowing you to watch what programs are currently playing now, what programs will air in the future and provide program information for the highlighted programs. The guide data varies depending on which Program Guide option you selected. If you selected the Basic Program Guide, then you may see guide listing for a few hours to a few days at a time. If you subscribe to the Premium Program Guide, then you will see guide listing up to 14 days in advance.

NOTE: The Premium Program Guide is an optional Advanced Service feature which needs to be activated by visiting www.channelmastertv.com and going to Advanced Services.



User Guide at 23.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



## Navigate Channel Master TV Program Guide

- To view the Program Guide, press the **GUIDE** button on your remote control, or from the Main Menu, select "**SEARCH**" then "**Program Guide**".

- Use the **ARROW KEYS** to scroll through channels and program options.

  ▫ Use the **CH/PG** button to page up and down through the Program Guide.

- Press **OK** to select a program or to select highlighted program, recording, and playback options.

- Use the **OPTIONS** button to open the program, recording, or playback option menus depending on whether the program is current, at a future time, or already recorded.

User Guide at 23.

7. A red "R" Ⓡ should appear above the episode to be recorded. Press **GUIDE** again or the **EXIT** button to exit the Program Guide.

User Guide at 32.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The Channel Master TV also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:<br><br>## Watch a Recorded Program<br><br>**To watch a recorded program:**<br><br>● Press the **DVR** button on the remote control, or in the Main Menu, select **DVR**.<br><br>● Select "**DVR Recordings**". Press **OK** to view the list of recorded programs.<br><br>● Use the **ARROW KEYS** to select a program and press **OK**. A list of program options will display.<br><br>● Select "**Play**" and press **OK**.<br><br>● Use the **TRANSPORT KEYS** (See "**Using the Remote Control**" section on (page 4) on your Channel Master TV remote to control the program.<br><br>**NOTE:** Channel Master TV gives you the ability to play a program currently being recorded. Your only limitation is you cannot skip or fast-forward past the point that is being broadcast, as it has not yet been recorded.<br><br>User Guide at 34. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



User Guide at 30.

| 8. The DVR as recited in claim 1 further comprising a pointing device, cooperable with said channel viewer, that allows a user to issue said command. | Channel Master TV (CM-7400): The Channel Master TV works with pointing devices (e.g., a remote control) cooperable with the channel viewer to allow the user to issue commands, including commands to display a particular program or channel within the Program Guide or to display more information regarding a particular program: |
|---|---|



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



User Guide at 4-5.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| 9. The DVR as recited in claim 1 wherein said channel viewer presents said portion nonlinearly. | Channel Master TV (CM-7400): The Channel Master TV's channel viewer can present a portion of a television program nonlinearly. For example, the Channel Master TV's video player controls allow the user to skip forward by 30 seconds.<br><br>• Press **SKIP** to skip 30 seconds forward in the program up to the moment of live broadcast.<br>• Press **PAUSE** and then **FF** or **REW** once to activate slow motion.<br>• Press **REC** to record the entire contents of the temporary memory or buffer for the program you are watching.<br><br>User Guide at 26. |
| 10. The DVR as recited in claim 1 wherein said mass data storage unit receives, digitally compresses and digitally stores said plurality of channels. | Channel Master TV (CM-7400): The Channel Master TV stores uncompressed over-the-air digital television signals as a .ts file, a video stream format that compresses video data using MPEG-2 video compression.<br><br>http://www.avsforum.com/forum/42-hdtv-recorders/1360146-channel-master-tv-cm-7400-hd-dvr-ota-clear-qam-internet-content-56.html; https://fileinfo.com/extension/ts. |
| 12. The DVR as recited in claim 1 further comprising an archive storage unit, coupled to said channel viewer, that stores said portion. | Channel Master TV (CM-7400): The Channel Master TV includes an archive storage unit, coupled to the channel viewer, that stores programs selected by the user. https://www.channelmaster.com/HD_DVR_with_no_subscription_p/cm7400.htm.<br><br>**Search and Find Shows to Record**<br><br>The Program Guide is the primary method of finding shows to record. Using the **SEARCH** icon and selecting "**Search by Title**" and "**Advanced Search**" offer additional ways to locate programs. Watching Live TV and scrolling through channels is another way to record programs where the **REC** button can be pressed for immediate recording.<br><br>User Guide at 30. |
| 13. The DVR as recited in claim 1 further comprising a channel | Channel Master TV (CM-7400): The Channel Master TV includes a channel selector, coupled to the mass data storage unit, that allows a user to identify a plurality of channels/television broadcast programs. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| selector, coupled to said mass data storage unit, that allows a user to identify said plurality of channels. |  |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The Basic Program Guide information comes from using the antenna or digital cable connection attached to your Channel Master TV device.  Please ensure you have properly connected the coaxial cable to your CABLE/ANT IN to receive the data.  With the Basic Program Guide, program information may vary depending on local broadcasters.<br><br>The Premium Program Guide information is available for an additional cost and requires a broadband Internet connection to receive the guide data.  When activated, the guide data will populate for 14 days at a time, providing greater flexibility when scheduling series recordings.<br><br>**Navigate Channel Master TV Program Guide**<br><br>● To view the Program Guide, press the **GUIDE** button on your remote control, or from the Main Menu, select "**SEARCH**" then "**Program Guide**".<br><br>● Use the **ARROW KEYS** to scroll through channels and program options.<br><br>    ◻ Use the **CH/PG** button to page up and down through the Program Guide.<br><br>● Press **OK** to select a program or to select highlighted program, recording, and playback options.<br><br>User Guide at 23. |
| 16. The DVR as recited in claim 1 wherein said plurality of channels are formatted in a selected one of: NTSC analog TV, PAL/SECAM analog TV, digital TV, analog HDTV, and digital HDTV. | Channel Master TV (CM-7400): The Channel Master TV receives a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV: |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **The Benefits you get from Channel Master TV:**<br>● **Free Live HDTV**<br>  ◻ Watch HDTV using an indoor or outdoor antenna for over-the-air HD broadcasts.<br>User Guide at 2. |
| 17. The DVR as recited in claim 1 wherein said DVR selectively moves by one commercial time unit within said one of said plurality of channels in response to a second received command. | Channel Master TV (CM-7400): The Channel Master TV allows a user to submit a command prompting the Channel Master TV to move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br>● Press **SKIP** to skip 30 seconds forward in the program up to the moment of live broadcast.<br>User Guide at 26. |
| 18. The DVR as recited in claim 17 wherein said received command is employable to achieve catch-up viewing. | Channel Master TV (CM-7400): The Channel Master TV allows a user to submit a command prompting the Channel Master TV to move forward in a program by one commercial time unit (e.g., 30 seconds) to achieve catch-up viewing.<br><br>● Press **SKIP** to skip 30 seconds forward in the program up to the moment of live broadcast.<br>User Guide at 26. |
| 19. A method of operating a digital video recorder, comprising the steps of: | Channel Master TV (CM-7400): Using the Channel Master TV involves a method of operating a digital video recorder: |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Welcome to Channel Master TV<br><br>**Thank you for purchasing the most advanced subscription-free HDTV solution.**<br><br>### The Benefits you get from Channel Master TV:<br><br>• **Free Live HDTV**<br><br>    ▫ Watch HDTV using an indoor or outdoor antenna for over-the-air HD broadcasts.<br><br>• **Subscription Free HD-DVR**<br><br>    ▫ No more monthly fees.<br><br>    ▫ Pause, Rewind and Record Live TV with built-in dual tuners.<br><br>    ▫ Record two programs simultaneously while watching another pre-recorded show.<br><br>User Guide at 2. |
| receiving a plurality of television broadcasts, each television broadcast including a video signal; and | Channel Master TV (CM-7400): The Channel Master TV receives a plurality of television broadcasts, each of which includes a video signal: |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Welcome to Channel Master TV<br><br>**Thank you for purchasing the most advanced subscription-free HDTV solution.**<br><br>### The Benefits you get from Channel Master TV:<br><br>● **Free Live HDTV**<br><br>   ❑ Watch HDTV using an indoor or outdoor antenna for over-the-air HD broadcasts.<br><br>● **Subscription Free HD-DVR**<br><br>   ❑ No more monthly fees.<br><br>   ❑ Pause, Rewind and Record Live TV with built-in dual tuners.<br><br>   ❑ Record two programs simultaneously while watching another pre-recorded show.<br><br>User Guide at 2. |
| concurrently and continuously digitally storing said plurality of television broadcasts on a mass data storage unit and storing said plurality of television broadcasts together with time information to allow said plurality of stored television broadcasts to be synchronized with respect to one another upon replay of said stored television broadcasts. | Channel Master TV (CM-7400): The Channel Master TV includes a mass data storage unit (a 320 GB hard drive) that concurrently and continuously receives and digitally stores a plurality of television broadcast programs. https://www.channelmaster.com/HD_DVR_with_no_subscription_p/cm7400.htm. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

# Welcome to Channel Master TV

**Thank you for purchasing the most advanced subscription-free HDTV solution.**

## The Benefits you get from Channel Master TV:

- **Free Live HDTV**
  - Watch HDTV using an indoor or outdoor antenna for over-the-air HD broadcasts.

- **Subscription Free HD-DVR**
  - No more monthly fees.
  - Pause, Rewind and Record Live TV with built-in dual tuners.
  - Record two programs simultaneously while watching another pre-recorded show.

The Channel Master TV receives digital television signals:

## Step 4 of 5:  Selecting your TV Source and Program Guide

Channel Master TV has built-in TV tuners that support antenna (ATSC) and Digital Cable TV (Clear QAM) connections.

User Guide at 11.

The Channel Master TV also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Channel Master TV displays a program guide containing information regarding the start and end times of programs.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



User Guide at 32.

This is also evidenced, for example, by the ability of the Channel Master TV to display a progress bar for a program stored or being stored that illustrates (among other things) the user's current point in a program:

- **Progress Bar:** How far into the movie are you? How much is left to go? The progress bar shows you everything you need to know.

User Guide at 48.

The digital storage of television broadcast programs and time information by the Channel Master TV allows the stored television broadcast programs to be synchronized with respect to one another.

The Channel Master TV allows a user to record two programs simultaneously:

29



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

|  | ## Schedule two recordings simultaneously<br><br>The Channel Master TV device comes with dual TV tuners which provides a variety of options for you to watch and record your favorite programs.  You can schedule two recordings simultaneously while watching another pre-recorded show, all at the same time.<br><br>**To schedule two recordings, you need to press GUIDE to bring up the Program Guide:**<br><br>• While viewing the current channel, before switching away, set it to record by one of the previously mentioned methods. (The **REC** button requiring no further confirmation, or with the **OPTIONS** button requiring you to confirm recording options).<br><br>• Press the **GUIDE** button and navigate to the second channel you wish to record.<br><br>• Once again, press the **REC** or **OPTIONS** button on the remote to begin recording the second program. You can choose to view either program while recording.<br><br>User Guide at 33.<br><br>Once a user has started recording two different television programs, he can switch between those two programs:<br><br>Your two tuners only allow you to have two different Live TV programs to view and record. If you try to switch channels, you will be given a dialog box informing you to stop one of the recordings with the option of which recording to stop.<br><br>User Guide at 33.<br><br>The Channel Master TV permits a user to pause, rewind, and fast-forward television programs that are being recorded. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **TRANSPORT KEYS (ACTIONS)** ③ Controls viewing options for LIVE TV / DVR / VUDU:<br>**REPLAY**: Go back approx. 7 seconds.<br>**REW**: Rewinds video.<br>**FF**: Fast forwards video quickly.<br>**SKIP**: Skips ahead in 30 second increments.<br>**REC**: Starts recording program.<br>**PAUSE**: Pauses video.<br>**PLAY**: Plays video or resumes a paused program.<br>**STOP**: Stops playback of video. |

User Guide at 5.

## Controlling Live TV

**Enjoy Live TV with the following buttons:**

- Press **PAUSE** to alternate between pausing and resuming the program you are watching.
- Press **REW** up to five times (for five different speeds) to rewind the program.
- Press **FF** up to five times (for five different speeds) to fast-forward the program up to the point of Live TV.
- Press **PLAY** to stop fast-forwarding or rewinding or to resume from a pause.

User Guide at 25.

The ability to swap between programs being recorded through alternate tuners, combined with the ability to pause a program and to move forward and backward through a program, permits a user to surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.

For example, a user of the Channel Master DVR+ (the successor to the CM-7400) compared its functionality to the TivoHD. He noted that the TivoHD automatically buffered two television programs received on different tuners, allowing him to switch back and forth between the programs with the



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

<table>
<tr>
<td></td>
<td>ability to move back and forth in the buffered content. He noted that he could accomplish the same thing with Channel Master's system by recording both programs:<br><br>I tried pressing LIVE, and noticed something I was interested in. So I paused it, did some stuff and came back, but then because I accidentally changed channels, I lost the ability to catch up. The TivoHD was smarter in that it would switch to the other tuner in this scenario so that you can switch between the two tuners and keep a live buffer for both. I guess this is just a situation where I need a different habit, which is to record something if I'm remotely interested in it.<br><br>http://www.avsforum.com/forum/42-hdtv-recorders/1481183-channel-master-dvr-owners-thread-355.html.</td>
</tr>
<tr>
<td>20. The method as recited in claim 19 further comprising creating pointers to locations in said mass data storage unit in a channel guide database.</td>
<td>Channel Master TV (CM-7400): The Channel Master TV creates pointers to locations in the mass data storage unit in a channel guide database. For example, the Channel Master TV Program Guide allows a user to select programs that are being recorded to the hard drive.</td>
</tr>
</table>



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



## Channel Master TV Program Guide

Channel Master TV Program Guide provides a guide listing for your TV programs. It can be activated by pressing the **GUIDE** button on the remote control, allowing you to watch what programs are currently playing now, what programs will air in the future and provide program information for the highlighted programs. The guide data varies depending on which Program Guide option you selected. If you selected the Basic Program Guide, then you may see guide listing for a few hours to a few days at a time. If you subscribe to the Premium Program Guide, then you will see guide listing up to 14 days in advance.

NOTE: The Premium Program Guide is an optional Advanced Service feature which needs to be activated by visiting www.channelmastertv.com and going to Advanced Services.

User Guide at 23.

33



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



## Navigate Channel Master TV Program Guide

- To view the Program Guide, press the **GUIDE** button on your remote control, or from the Main Menu, select "**SEARCH**" then "**Program Guide**".

- Use the **ARROW KEYS** to scroll through channels and program options.

  - Use the **CH/PG** button to page up and down through the Program Guide.

- Press **OK** to select a program or to select highlighted program, recording, and playback options.

- Use the **OPTIONS** button to open the program, recording, or playback option menus depending on whether the program is current, at a future time, or already recorded.

User Guide at 23.

7. A red "R" ® should appear above the episode to be recorded. Press **GUIDE** again or the **EXIT** button to exit the Program Guide.

User Guide at 32.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The Channel Master TV also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:<br><br>**Watch a Recorded Program**<br>**To watch a recorded program:**<br>• Press the **DVR** button on the remote control, or in the Main Menu, select **DVR**.<br>• Select "**DVR Recordings**". Press **OK** to view the list of recorded programs.<br>• Use the **ARROW KEYS** to select a program and press **OK**. A list of program options will display.<br>• Select "**Play**" and press **OK**.<br>• Use the **TRANSPORT KEYS** (See "**Using the Remote Control**" section on (page 4) on your Channel Master TV remote to control the program.<br>**NOTE:** Channel Master TV gives you the ability to play a program currently being recorded. Your only limitation is you cannot skip or fast-forward past the point that is being broadcast, as it has not yet been recorded.<br><br>User Guide at 34. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



|  | User Guide at 30. |
|---|---|
| 21. The method as recited in claim 19 further comprising the step of displaying a channel guide on a video display device, said channel guide providing information regarding a content of at least one of said plurality of channels. | Channel Master TV (CM-7400): The Channel Master TV displays a channel guide on a video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



## Channel Master TV Program Guide

Channel Master TV Program Guide provides a guide listing for your TV programs. It can be activated by pressing the **GUIDE** button on the remote control, allowing you to watch what programs are currently playing now, what programs will air in the future and provide program information for the highlighted programs. The guide data varies depending on which Program Guide option you selected. If you selected the Basic Program Guide, then you may see guide listing for a few hours to a few days at a time. If you subscribe to the Premium Program Guide, then you will see guide listing up to 14 days in advance.

NOTE: The Premium Program Guide is an optional Advanced Service feature which needs to be activated by visiting www.channelmastertv.com and going to Advanced Services.

User Guide at 23.

A user may obtain additional information about the content of the plurality of channels by pressing the INFO button within the Program Guide:



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## View Program information<br><br>• Press **INFO** during a live TV broadcast to bring up the program information on the top of the screen.  The title of the program, program duration, description of the program, channel number and any TV ratings for what you are watching is displayed. Pressing **INFO** within the Program Guide provides program details of the program you are watching. Information may vary depending on the Program Guide you have selected.<br><br>User Guide at 26. |
| 22. The method as recited in claim 21 wherein said channel guide contains links to locations in said mass data storage unit. | Channel Master TV (CM-7400): As illustrated in the image below, the Channel Master TV's channel guide contains links to locations in the mass data storage unit. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

# Channel Master TV Program Guide

Channel Master TV Program Guide provides a guide listing for your TV programs. It can be activated by pressing the **GUIDE** button on the remote control, allowing you to watch what programs are currently playing now, what programs will air in the future and provide program information for the highlighted programs. The guide data varies depending on which Program Guide option you selected. If you selected the Basic Program Guide, then you may see guide listing for a few hours to a few days at a time. If you subscribe to the Premium Program Guide, then you will see guide listing up to 14 days in advance.

NOTE: The Premium Program Guide is an optional Advanced Service feature which needs to be activated by visiting www.channelmastertv.com and going to Advanced Services.



User Guide at 23.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

## Navigate Channel Master TV Program Guide

- To view the Program Guide, press the **GUIDE** button on your remote control, or from the Main Menu, select "**SEARCH**" then "**Program Guide**".

- Use the **ARROW KEYS** to scroll through channels and program options.
  - ◘ Use the **CH/PG** button to page up and down through the Program Guide.

- Press **OK** to select a program or to select highlighted program, recording, and playback options.

- Use the **OPTIONS** button to open the program, recording, or playback option menus depending on whether the program is current, at a future time, or already recorded.

User Guide at 23.

7. A red "R"  should appear above the episode to be recorded. Press **GUIDE** again or the **EXIT** button to exit the Program Guide.



User Guide at 32.

KR
Kent & Risley LLC

Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The Channel Master TV also provides a menu of previously recorded programs that contain pointers to locations in the mass data storage unit:<br><br>**Watch a Recorded Program**<br>**To watch a recorded program:**<br>• Press the **DVR** button on the remote control, or in the Main Menu, select **DVR**.<br>• Select "**DVR Recordings**". Press **OK** to view the list of recorded programs.<br>• Use the **ARROW KEYS** to select a program and press **OK**. A list of program options will display.<br>• Select "**Play**" and press **OK**.<br>• Use the **TRANSPORT KEYS** (See "**Using the Remote Control**" section on (page 4) on your Channel Master TV remote to control the program.<br>**NOTE:** Channel Master TV gives you the ability to play a program currently being recorded. Your only limitation is you cannot skip or fast-forward past the point that is being broadcast, as it has not yet been recorded.<br><br>User Guide at 34. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882



User Guide at 30.

| 23. The method as recited in claim 19 further comprising the step of receiving a command to replay one of said stored television broadcasts. | Channel Master TV (CM-7400): The Channel Master TV receives a command to replay a stored television broadcast.<br><br>The Channel Master TV may receive a command to replay a stored program in various ways. For example, the Channel Master TV provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: |
| --- | --- |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

# Channel Master TV Program Guide

Channel Master TV Program Guide provides a guide listing for your TV programs. It can be activated by pressing the **GUIDE** button on the remote control, allowing you to watch what programs are currently playing now, what programs will air in the future and provide program information for the highlighted programs. The guide data varies depending on which Program Guide option you selected. If you selected the Basic Program Guide, then you may see guide listing for a few hours to a few days at a time. If you subscribe to the Premium Program Guide, then you will see guide listing up to 14 days in advance.

NOTE: The Premium Program Guide is an optional Advanced Service feature which needs to be activated by visiting www.channelmastertv.com and going to Advanced Services.



User Guide at 23.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

## Navigate Channel Master TV Program Guide

- To view the Program Guide, press the **GUIDE** button on your remote control, or from the Main Menu, select "**SEARCH**" then "**Program Guide**".

- Use the **ARROW KEYS** to scroll through channels and program options.

  ◘ Use the **CH/PG** button to page up and down through the Program Guide.

- Press **OK** to select a program or to select highlighted program, recording, and playback options.

- Use the **OPTIONS** button to open the program, recording, or playback option menus depending on whether the program is current, at a future time, or already recorded.

User Guide at 23.

The Program Guide allows users to select for display programs that are currently being recorded:

7. A red "R"  should appear above the episode to be recorded. Press **GUIDE** again or the **EXIT** button to exit the Program Guide.



KR
Kent & Risley LLC

Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | User Guide at 32.<br><br>A user may also select a stored program from the list of previously recorded programs.<br><br>### Watch a Recorded Program<br>**To watch a recorded program:**<br>• Press the **DVR** button on the remote control, or in the Main Menu, select **DVR**.<br>• Select "**DVR Recordings**". Press **OK** to view the list of recorded programs.<br>• Use the **ARROW KEYS** to select a program and press **OK**. A list of program options will display.<br>• Select "**Play**" and press **OK**.<br>• Use the **TRANSPORT KEYS** (See "**Using the Remote Control**" section on (page 4) on your Channel Master TV remote to control the program.<br>**NOTE:** Channel Master TV gives you the ability to play a program currently being recorded. Your only limitation is you cannot skip or fast-forward past the point that is being broadcast, as it has not yet been recorded.<br><br>User Guide at 34. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

|  |  |
|---|---|
| | **DVR Recordings** 4:33 PM<br>Awake N' Bake 11.1<br>12 episodes 9/2/11 - 9/9/11<br><br>Awake N' Bake (12)    Fri    9/9/11<br>7 Live    Thu    9/8/11<br>Talk, The    Thu    9/8/11<br>Are You Smarter Than a 5th Grader?    Thu    9/8/11<br>Bay Area Living    Thu    9/8/11<br>KTVU Noon News    Thu    9/8/11<br>Cycling    Wed    9/7/11<br>Steve Wilkos Show, The    Wed    9/7/11<br>● Sort by Name    ● Show Deleted Programs    21% free<br><br>User Guide at 30. |
| 24. The method as recited in claim 23 wherein said one of said stored television broadcasts is displayed nonlinearly. | Channel Master TV (CM-7400): The Channel Master TV's channel viewer can present a stored television program nonlinearly. For example, the Channel Master TV's video player controls allow the user to skip forward by 30 seconds.<br><br>● Press **SKIP** to skip 30 seconds forward in the program up to the moment of live broadcast.<br>● Press PAUSE and then FF or REW once to activate slow motion.<br>● Press REC to record the entire contents of the temporary memory or buffer for the program you are watching.<br><br>User Guide at 26. |
| 25. The method as recited in claim 19 wherein said step of concurrently and continuously digitally storing comprises the step of receiving, | Channel Master TV (CM-7400): The Channel Master TV receives, digitally compresses, and digitally stores uncompressed over-the-air digital television signals as a .ts file, a video stream format that compresses video data using MPEG-2 video compression. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| digitally compressing and digitally storing said plurality of channels. | http://www.avsforum.com/forum/42-hdtv-recorders/1360146-channel-master-tv-cm-7400-hd-dvr-ota-clear-qam-internet-content-56.html; https://fileinfo.com/extension/ts. |
| 27. The method as recited in claim 19 further comprising the step of storing one of said television broadcasts in an archive storage unit. | Channel Master TV (CM-7400): The Channel Master TV stores television broadcasts in an archive storage unit. https://www.channelmaster.com/HD_DVR_with_no_subscription_p/cm7400.htm.<br><br>**Search and Find Shows to Record**<br><br>The Program Guide is the primary method of finding shows to record. Using the SEARCH icon and selecting "Search by Title" and "Advanced Search" offer additional ways to locate programs. Watching Live TV and scrolling through channels is another way to record programs where the REC button can be pressed for immediate recording.<br><br>User Guide at 30. |
| 28. The method as recited in claim 19 further comprising the step of allowing a user to identify said plurality of television broadcasts in a channel selector. | Channel Master TV (CM-7400): The Channel Master TV allows a user to identify a plurality of television broadcasts (e.g., to display, record, or replay) in a channel selector.<br><br>A user may select a identify program in various ways. For example, the Channel Master TV provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

# Channel Master TV Program Guide

Channel Master TV Program Guide provides a guide listing for your TV programs.
It can be activated by pressing the **GUIDE** button on the remote control, allowing you
to watch what programs are currently playing now, what programs will air in the future
and provide program information for the highlighted programs.  The guide data varies
depending on which Program Guide option you selected.  If you selected the Basic
Program Guide, then you may see guide listing for a few hours to a few days at a
time. If you subscribe to the Premium Program Guide, then you will see guide listing
up to 14 days in advance.

NOTE: The Premium Program Guide is an optional Advanced Service feature which needs to
be activated by visiting www.channelmastertv.com and going to Advanced Services.



User Guide at 23.



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Navigate Channel Master TV Program Guide**<br><br>• To view the Program Guide, press the **GUIDE** button on your remote control, or from the Main Menu, select "**SEARCH**" then "**Program Guide**".<br><br>• Use the **ARROW KEYS** to scroll through channels and program options.<br>    ▫ Use the **CH/PG** button to page up and down through the Program Guide.<br><br>• Press **OK** to select a program or to select highlighted program, recording, and playback options.<br><br>• Use the **OPTIONS** button to open the program, recording, or playback option menus depending on whether the program is current, at a future time, or already recorded.<br><br>User Guide at 23. |
| 31. The method as recited in claim 19 further comprising the step of decoding said plurality of television broadcasts from a selected one of:<br>NTSC analog TV,<br>PAL/SECAM analog TV,<br>digital TV,<br>analog HDTV, and<br>digital HDTV. | Channel Master TV (CM-7400): The Channel Master TV decodes a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV:<br><br>**The Benefits you get from Channel Master TV:**<br>• **Free Live HDTV**<br>    ▫ Watch HDTV using an indoor or outdoor antenna for over-the-air HD broadcasts.<br><br>User Guide at 2. |
| 32. The method as recited in claim 19 further comprising the step of selectively moving by one commercial time unit within said one of said plurality of television broadcasts in response to a received command. | Channel Master TV (CM-7400): The Channel Master TV can receive a user command prompting the Channel Master TV to selectively move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br>• Press **SKIP** to skip 30 seconds forward in the program up to the moment of live broadcast. |



Preliminary Comparison of Channel Master TV (CM-7400) with U.S. Patent No. 6,788,882

| | User Guide at 26. |
|---|---|
| 33. The method as recited in claim 32 wherein said step of selectively moving comprises the step of engaging in catch-up viewing. | Channel Master TV (CM-7400): The Channel Master TV can receive a user command prompting the Channel Master TV to selectively move forward in a program by one commercial time unit (e.g., 30 seconds) to achieve catch-up viewing.<br><br>• Press **SKIP** to skip 30 seconds forward in the program up to the moment of live broadcast.<br>User Guide at 26. |

